UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GATHA N. LOGAN, JR., | ) |
| Plaintiff, | ) Case No. 1-06-mc-22 |
| v. | ) |
| B. STEWART JENKINS, et al., | ) |
| Defendants. | ) |

## O R D E R

Before the Court is Plaintiff's Application to Proceed in Forma Pauperis with Supporting Documentation (Doc. 1). Upon direction of the Court, the Plaintiff has provided additional financial information in support of his Application to Proceed in Formal Pauperis. The revised application indicates social security disability income of $700.00 per month and ownership of a home. The Court concludes Mr. Logan is able to pay a partial filing fee of $150.00. Upon payment of that amount, the Court will allow the complaint to be filed.

SO ORDERED.

ENTER:

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE